JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OFELIA MEDINA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>C.R. LAURENCE CO., INC., a California Corporation; and DOES 1 through 100, inclusive<br><br>    Defendants. | Case No.: CV 14-3442-GW(VBKx)<br><br>**ORDER TO DISMISS ADA CLAIM; AMEND; REMAND AND ORDER**<br><br>Date:<br>Time:<br>Courtroom: 10<br>Honorable George H. Wu |

The Stipulation of the Parties to dismiss the ADA Claim and to remand this action to the Superior Court of California was submitted for decision on July 1, 2014. The Court considered the Stipulation. It appears to the court that the stipulation is in order. Now therefore,

**IT IS ORDERED** that:

1. The Stipulation of the parties is hereby GRANTED:

2. This cause is REMANDED to the Superior Court of California;

**REMAND ORDER**          – page: 1

3. The Clerk of this Court is directed to prepare a certified copy of this order and mail it to the Clerk of the Superior Court of California, County of Los Angeles Central District; and

Dated: July 7, 2014              _____
                                 GEORGE H. WU, U.S. DISTRICT JUDGE

**REMAND ORDER**             – page: 2